# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Santa Monica Bahena-Bahena,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>Respondents. | No. CV-26-01669-PHX-DWL (CDB)<br><br>**ORDER** |

On March 11, 2026, the Court issued an order requiring Respondents to show cause why Petitioner's § 2241 petition should not be granted, either for the reasons set forth in this Court's earlier decision in *Echevarria v. Bondi*, 2025 WL 2821282 (D. Ariz. 2025), and/or based on the reasoning in *Bautista v. Santacruz*, No. 5:25-CV01873-SSS-BFM, a class action that appears to include Petitioner. Respondents' deadline was March 17, 2026, but that deadline has now expired, and Respondents did not file a response.

Given this backdrop, the Court concludes (consistent with the OSC) that the Petition should be granted, at a minimum, for the reasons set forth in *Echevarria*.

**IT IS ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

2. Respondents must provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

3. Respondents must provide a notice of compliance within three days of releasing

Petitioner or providing Petitioner a bond hearing.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 19th day of March, 2026.

_____
Dominic W. Lanza
United States District Judge